IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ARTURO MARTINEZ,

Plaintiff,

vs.

Case No. 00-CR-0000

ALLSTATE INSURANCE COMPANY,

Defendant.

**ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR LEAVE TO FILE EXPERT WITNESS DISCLOSURES [DOC. 35].**

This matter is before the Court on the parties' Stipulated Motion for Leave to File Expert Witness Disclosures [Doc. 35]. Defendant's expert witness designations were due by September 30, 2019, but according to the Motion [Doc. 35] and the trial court's Order on Pretrial Conference [Doc. 34], Defendant may submit extracontractual expert witness designations within thirty days of an unsuccessful settlement conference. In accordance with the trial court's Order [Doc. 34], the parties now move for leave to permit Defendant Allstate to file extracontractual expert witness designations no later than December 23, 2019. Having considered the Motion and finding good cause, the Court grants the Motion.

NOW, THEREFORE, IT IS ORDERED the parties' Motion [Doc. 35] is GRANTED. Defendant must submit extracontractual expert witness designations by December 23, 2019.

DATED this 31st day of October, 2019.

_____
Kelly H. Rankin
United States Magistrate Judge